UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| ROBERT S. HABER, M.D., | ) | 1:16CV546 |
| | ) | |
| Plaintiff | ) | MAGISTRATE JUDGE |
| | ) | KENNETH S. McHARGH |
| v. | ) | |
| | ) | |
| MICHAEL RABIN, M.D., *et. al.*, | ) | |
| | ) | JUDGMENT ENTRY |
| Defendants. | ) | |
| | ) | |

Pursuant to the Court's Memorandum Opinion & Order filed June 10, 2016, the Court DISMISSES the Plaintiff's complaint.

**IT IS SO ORDERED.**

Date: June 10, 2016        /s/ Kenneth S. McHargh
               Kenneth S. McHargh
               United States Magistrate Judge